THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN FRAZIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>S1 IT SOLUTIONS, INC., an Idaho corporation,<br><br>Defendant. | No. C09-5541-RJB<br><br>JOINT STIPULATION AND ORDER FOR EXTENSION OF CASE SCHEDULING DEADLINES AND TRIAL DATE |

Plaintiff Kevin Frazier ("Plaintiff") and Defendant S1 IT Solutions, Inc. ("Defendant"), by and through their respective counsel, stipulate as follows, and jointly move the Court for an Order for Extension of Case Scheduling Deadlines and Trial Date. This request is made to allow the parties to exchange documents and engage in meaningful settlement discussions before incurring substantial additional discovery fees and costs. The parties believe these continuances would be highly beneficial to the resolution process. The trial in this matter is currently set for August 9, 2010. This stipulation is made pursuant to FRCP 29. The parties stipulate to the following new deadlines:

| | Current Deadline | Proposed Deadline |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | 2/10/10 | 4/14/10 |
| All motions related to discovery must be FILED by | 3/22/10 | 5/24/10 |

JOINT STIPULATION AND ORDER FOR
EXTENSION OF CASE SCHEDULING
DEADLINES AND TRIAL DATE - 1

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph: 206-695-5100
Fax: 206-689-2822

| | | |
|---|---|---|
| Discovery COMPLETED by | 4/12/10 | 6/14/10 |
| All dispositive motions must be filed by | 5/11/10 | 7/13/10 |
| Settlement conference per CR 39.1(c)(2) HELD no later Than | 6/10/10 | 8/12/10 |
| Mediation per 39.1(c)(2) HELD no later than | 7/12/10 | 9/13/10 |
| Letter of compliance as to CR 39.1 FILED by | 7/19/10 | 9/20/10 |
| Motion in limine should be FILED by | 7/12/10 | 9/13/10 |
| Agreed pretrial order LODGED with the court by | 7/23/10 | 9/24/10 |
| Pretrial conference will be HELD on | 7/30/10 at 8:30 a.m. | 9/24/10 at 8:30 a.m. |
| Trial briefs, proposed voir dire & jury instructions due | 7/30/10 | 9/24/10 |
| Three Day Bench Trial | 8/9/10 | 10/4/10 or the Court's first available date thereafter |

The parties hereby request the Court's approval of this stipulation.

Dated:  March 24, 2010          PETER STUTHEIT ATTORNEY AT LAW LLC


By:     /s/ Peter Stutheit
        Peter Stutheit, WSBA No. 32090
        Attorneys For Plaintiff
        3524 NE 17th Avenue
        Portland, OR 97212
        Phone: (503) 493-7488
        Fax: (503) 715-5670
        peter@peterstutheit.com

JOINT STIPULATION AND ORDER FOR
EXTENSION OF CASE SCHEDULING
DEADLINES AND TRIAL DATE - 2

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

1

2  Dated: March 24, 2010                    GORDON & REES LLP

3

4                                            By:    /s/ David W. Silke
                                                   David W. Silke, WSBA No. 23761
5                                                  Attorneys For Defendant
                                                   701 5th Avenue, Suite 2100
6                                                  Seattle, Washington  98104
                                                   Phone: (206) 695-5100
7                                                  Fax: (206) 689-2822
                                                   dsilke@gordonrees.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **ORDER**

The Court, having considered the foregoing stipulation of the parties,

It is hereby ORDERED that the stipulation of the parties is confirmed in all of its particulars, and the Court shall issue an Order reflecting the new case deadlines and trial date.

DATED this 24th day of March, 2010.

*/s/ Robert J. Bryan*
ROBERT J. BRYAN
United States District Judge

JOINT STIPULATION AND ORDER FOR
EXTENSION OF CASE SCHEDULING
DEADLINES AND TRIAL DATE - 4

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Peter D. Stutheit
    Peter Stutheit Attorney at Law LLC
    3524 NE 17th Avenue
    Portland, OR 97212
    peter@peterstutheit.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    N/A

DATED this 24th day of March, 2010.

    By: /s/ David W. Silke
    David W. Silke, WSBA #23761
    GORDON & REES LLP
    701 Fifth Avenue, Suite 2100
    Seattle, WA 98104
    Phone: (206) 695-5100
    Fax:    (206) 689-2822
    dsilke@gordonrees.com

JOINT STIPULATION AND ORDER FOR
EXTENSION OF CASE SCHEDULING
DEADLINES AND TRIAL DATE - 5

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Ph: 206-695-5100
Fax: 206-689-2822