THE HONORABLE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KEVIN FRAZIER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>S1 IT SOLUTIONS, INC., an Idaho corporation,<br><br>Defendant. | No. C09-5541-RJB<br><br>STIPULATION AND ORDER OF DISMISSAL |

The parties herein, acting by and through their respective counsel of record, hereby stipulate, pursuant to FRCP 41(a)(1)(A)(ii), that the above-entitled action and each and every portion thereof has been fully resolved and should be dismissed with prejudice and without award of costs or fees to any party.

Dated: October 21, 2010     PETER STUTHEIT ATTORNEY AT LAW LLC

By:   */s/ Peter Stutheit*
Peter Stutheit, WSBA No. 32090
Attorneys For Plaintiff
2300 SW 1st Avenue, Suite 101
Portland, OR 97201
Phone: (503) 493-7488
Fax: (503) 715-5670
peter@peterstutheit.com

STIPULATION AND ORDER OF DISMISSAL - 1

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822

Dated: October 21, 2010                    GORDON & REES LLP

                                    By:    */s/ David W. Silke*
                                           David W. Silke, WSBA No. 23761
                                           Attorneys For Defendant
                                           701 5th Avenue, Suite 2100
                                           Seattle, Washington  98104
                                           Phone: (206) 695-5100
                                           Fax: (206) 689-2822
                                           dsilke@gordonrees.com

## ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed with prejudice and without costs or fees to any party.

DATED this 21st day of  October, 2010.


_____
ROBERT J. BRYAN
United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on October 21, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Peter D. Stutheit
> Peter Stutheit Attorney at Law LLC
> 2300 SW 1st Avenue, Suite 101
> Portland, OR 97201
> peter@peterstutheit.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

> N/A

DATED this 21st day of October, 2010.

> By: */s/ David W. Silke*
> David W. Silke, WSBA #23761
> GORDON & REES LLP
> 701 Fifth Avenue, Suite 2100
> Seattle, WA 98104
> Phone: (206) 695-5100
> Fax:    (206) 689-2822
> dsilke@gordonrees.com

STIPULATION AND ORDER OF
DISMISSAL - 3

Case No. C09-5541-RJB

Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Ph: 206-695-5100
Fax: 206-689-2822